UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CRYSTAL MABREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:17-cv-00053 |
| ) | |
| CITIBANK N.A., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES Plaintiff, CRYSTAL MABREY ("Plaintiff"), by and through her attorneys, and for her Complaint against Defendant, CITIBANK, N.A., ("Defendant"), Plaintiff hereby alleges as follows:

## INTRODUCTION

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction of this action pursuant to 47 U.S.C. § 227(b)(3) and 28 U.S.C. § 1331.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the acts giving rise to Plaintiff's cause of action occurred in this district as Plaintiff resides in this district and as Defendant transacts business in this district.

## PARTIES

4. Plaintiff is a natural person at all times relevant residing in Elberfeld, Warrick County, Indiana.

5. Defendant is a business entity incorporated in South Dakota with headquarters in Sioux Falls, South Dakota.

6. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers

## FACTUAL ALLEGATIONS

7. Defendant constantly and consistently places collection calls to Plaintiff regarding an alleged debt owed.

8. Defendant places telephone calls to telephone number ▮▮▮▮▮▮▮▮▮.

9. Telephone number ▮▮▮▮▮▮▮▮▮ is assigned to Plaintiff's cellular telephone.

10. These calls are not for emergency purposes.

11. These calls are made in connection with an attempt to collect an alleged debt.

12. Upon information and good faith belief, based on the frequency, number, nature and character of these calls, Defendant used an automatic telephone dialing system, or other equipment capable of storing and/or producing telephone numbers, to place these calls.

13. On or around January 4, 2017, Plaintiff instructed Defendant to stop calling her cell phone.

14. Defendant continued to use an automatic telephone dialing system to call Plaintiff's cell phone after January 4, 2017.

15. Since January 4, 2017, Defendant called Plaintiff's cell phone at least one hundred (100) times.

16. Defendant called Plaintiff's cell phone multiple times in a single day.

17. Defendant placed these calls voluntarily.

18. Defendant placed these calls under its own free will.

19. Defendant had knowledge that it was using an automatic telephone dialing system to place these calls.

20. Defendant willfully used an automatic telephone dialing system to place these calls.

21. Plaintiff revoked any consent, actual or implied, for Defendant to use an automatic telephone dialing system to call her cell phone.

22. Plaintiff is annoyed and feels harassed by Defendant's calls.

### COUNT I
### DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

23. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

24. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiffs to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff requests that judgment be entered against Defendant for the following:

25. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B).

26. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C).

27. All court costs, witness fees and other fees incurred.

28. Any other relief that this Honorable Court deems appropriate.

                                                  Respectfully submitted,

Dated: March 23, 2017                /s/ Adam T. Hill
                                                  Adam T. Hill
                                                  KROHN & MOSS, LTD.
                                                  10 N. Dearborn St., 3rd Fl.
                                                  Chicago, Illinois 60602
                                                  Telephone: 312-578-9428
                                                  Telefax: 866-861-1390
                                                  ahill@consumerlawcenter.com
                                                  Attorney for Plaintiff